FILED
MAR 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 613-H |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute (Felony) |
| LORENZO GARCIA-MEDINA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 4, 2008, within the Southern District of California, defendant LORENZO GARCIA-MEDINA, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 131.02 kilograms (288.85 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

_(signature)_
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
3/4/08