```
 1  KAREN P. HEWITT
    United States Attorney
 2  SABRINA L. FEVE
    Assistant United States Attorney
 3  California State Bar No. 226590
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-7854 (Telephone)/619 235-2757 (Fax)
    E-mail: Sabrina.Feve@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0613-H |
| 11 | Plaintiff, ) | |
| | ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| 13 | LORENZO GARCIA-MEDINA, ) | |
| 14 | Defendant. ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR
19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized
21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
22  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
23  case:

24      Name:
25          None.
26  //
27  //
28  //

1 | Effective this date, the following attorneys are no longer associated with this case and should not
2 | receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4 |     Name:
5 |         None.
6 | Please feel free to call me if you have any questions about this notice.
7 | DATED: March 31, 2008.
8 |                                         KAREN P. HEWITT
                                        United States Attorney

                                        s/Sabrina L. Fève
                                        SABRINA L. FEVE
                                        Assistant United States Attorney

Notice of Appearance
United States v. Lorenzo Garcia-Medina                                       08CR0613-H

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0613-H |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LORENZO GARCIA-MEDINA, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Sabrina L. Fève, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated March 31, 2008, and this Certificate of Service, dated March 31, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Stephen W. Peterson, Attorney for the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 31, 2008.

s/Sabrina L. Fève
SABRINA L. FEVE
Assistant U.S. Attorney